No. 03–10543. PRUITT v. HOOKS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10547. DAVENPORT v. RENO AIR, INC., ET AL. Sup. Ct. Nev. Certiorari denied.

No. 03–10548. COLEMAN v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR. C. A. 11th Cir. Certiorari denied.

No. 03–10549. SEGRAVES v. MILLER, SUPERINTENDENT, CHILLICOTHE CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 03–10551. SHIPMAN v. DOE ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–10552. SIMMONS v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 03–10553. SPURLOCK v. JOHNSON, EXECUTIVE DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–10554. MACKLIN v. KYLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON. C. A. 3d Cir. Certiorari denied.

No. 03–10555. JIMENEZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 03–10556. JENNIS v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 03–10557. MURRAY v. LYNCH, ATTORNEY GENERAL OF RHODE ISLAND, ET AL. C. A. 1st Cir. Certiorari denied.

No. 03–10558. MCNAY v. YATES, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10559. PIN v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 03–10560. CHILDS v. COLORADO. Ct. App. Colo. Certiorari denied.